JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick William Gonzales,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-CV-01530<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 19) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 26, 2021 to August 25, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  The Brief was due July 26, 2021 making the stipulation late.  Counsel for Plaintiff apologizes for this oversight.  Counsel intended to send the request for a stipulated extension on July

1

20, 2021 but due to his error on calendaring the task, Counsel failed to send Defendant the extension request until July 26, 2021 but was unable to secure an agreement by the end of the day.

    Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. It is not Counsel's intention to delay these proceedings. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 28, 2021    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: July 28, 2021    PHILLIP A. TALBERT
    Acting United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By:  *\*/s/ Carol S. Clark*
    Carol S. Clark
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on July 28, 2021)

**ORDER**

Pursuant to the Court's Scheduling Order, Plaintiff's opening brief was due to be filed no later July 26, 2021. (Doc. 13.) The parties filed a "Stipulation for Extension of Time" on July 27, 2021—one day after Plaintiff's opening brief deadline expired. (Doc. 19.)

Given the absence of bad faith or prejudice to Defendant (as evidenced by her agreement to the extension of time after the deadline) and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court GRANTS the parties' stipulated request. <u>The parties and their counsel are cautioned that future post hoc requests for extensions of time will be viewed with disfavor</u>.

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including August 25, 2021, by which to file his opening brief. All other deadlines set forth in the Scheduling Order (Doc. 13) are modified accordingly.

IT IS SO ORDERED.

Dated:   **July 29, 2021**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE